Harry Bernier, Appellee, v. Carl D. Schaefer, Appellant, and Ralph B. Banderob, Intervening Petitioner-Appellant.

Gen. No. 46,900.

First District, First Division.

June 21, 1956.

Rehearing denied September 11, 1956.

Released for publication September 12, 1956.

Harry G. Fins, and Nathan Glick, for appellants; Stevenson, Conaghan, Velde and Hackbert, Werner W. Schroeder, and James E. Hastings, for appellee; Werner W. Schroeder, James E. Hastings, and Douglas F. Stevenson, of counsel. Opinion by JUDGE NIEMEYER. Not to be published in full.